**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:          In re NextGear Capital, Inc.

Appellate case number:       01-18-01003-CV

Trial court case number:     2017-63452

Trial court:                          151st District Court of Harris County

Relator, NextGear Capital, Inc., has filed a motion to abate the proceedings below pending our resolution of relator's petition for writ of mandamus. We request that the real parties in interest, Alireza Delavari Maryan d/b/a Texas Financial Group, US Financial Auto Credit, LLC, Melissa Webb Bryant, Saeid Hashem-Nezad, Abbas Heidari, Farhad Veilani, and Babak Arvanaghi, MD, respond to relator's motion. It is **ordered** that the real parties' responses, if any, be filed by no later than Tuesday, November 13, 2018.

It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown____
                    ☑ Acting individually     ☐ Acting for the Court

Date:   ___November 8, 2018__